**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------
EILEEN MENDEZ, individually and as Parent
and Natural Guardian of A.C.,

   Plaintiffs,                                 26-cv-05430

                  -against-

                                       **NOTICE OF MOTION**

KAMAR H. SAMUELS, in his official capacity as
Chancellor of the New York City Department of
Education, and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

   Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of

Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction

Enforcing Pendency Placement and Funding, the Declaration of Jeffrey Arlen Spinner, Esq. and

the exhibits annexed thereto, and upon all prior pleadings and proceedings herein, Plaintiffs, by

their undersigned counsel, will move this Court before the as yet unassigned Judge, United States

District Judge, at the United States Courthouse, 40 Foley Square/500 Pearl Street, New York, for

an Order, on an emergency basis:

1. Issuing a Temporary Restraining Order and Preliminary Injunction directing Defendants

   to maintain, implement and fund Student's pendency placement no later than 35 days

   from July 1, 2026 (August 5, 2026), as required under 20 U.S.C. § 1415(j), so as to

   maintain the student's pendency placement for the duration of the pendency of the

   underlying administrative and judicial proceedings; and

2. Granting such other and further relief as the Court deems just and proper, including

   preserving Plaintiffs' right to seek attorneys' fees, costs, sanctions, and other relief

   necessitated by Defendants' noncompliance and the need for this emergency motion.

Dated:  June 29, 2026
        New York, New York


By: /s/ Jeffrey Arlen Spinner

Jeffrey Arlen Spinner, Esq.
Liberty & Freedom Legal Group, Ltd.
105 East 34th Street, Suite 190
New York, New York 10016
Telephone: (646) 850-5035
Email: jeff@pabilaw.org

Attorneys for Plaintiff